IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LEONARD EARL ROULHAC,  :
    Plaintiff  :
      :    No. 1:18-cv-01806
    v.  :
      :    (Judge Kane)
UNITED STATES OF AMERICA, et al.,  :
    Defendants  :

# ORDER

**AND NOW**, on this 2nd day of May 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 7), construed as a motion to proceed without the full prepayment of costs and filing fees, is **GRANTED** and the complaint is deemed filed;

2. Plaintiff's complaint (Doc. No. 1), is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff is granted thirty (30) days' leave within which to file an amended complaint in accordance with this Order's accompanying Memorandum; and

3. Should Plaintiff fail to file an amended complaint within thirty (30) days of this Order, the Clerk of Court shall close this case.

                                            s/ Yvette Kane
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania